ANDERSON v. ASSIMOS

No. 621A01

Case below: 146 N.C. App. 339

Notice of appeal by defendants pursuant to G.S. 7A-30 (substantial constitutional question) retained 6 March 2002.

COUCH v. PRIVATE DIAGNOSTIC CLINIC

No. 661P01

Case below: 146 N.C. App. 658

Motion by appellee (Trial Court) to dismiss the appeal for lack of substantial constitutional question allowed 4 April 2002. Petition by appellant (Maria Sperando) for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002. Conditional petition by appellee (Trial Court) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 4 April 2002.

DOYLE v. ASHEVILLE ORTHOPAEDIC ASSOCS.

No. 62P02

Case below: 148 N.C. App. 173

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 April 2002.

GASTON CTY. EX REL. WEST v. SANDERS

No. 31P02

Case below: 147 N.C. App. 785

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 April 2002.

GOODWIN v. SCHNEIDER NAT'L, INC.

No. 181P99

Case below: 132 N.C. App. 585
          353 N.C. 523

Petition by plaintiff to reconsider denial of petition for discretionary review dismissed 12 March 2002.